1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    BERNARD L. SMITH,                          No.  2:12-cv-0024 AC P

12                      Plaintiff,

13           v.                                   ORDER

14    CALIFORNIA STATE PRISON –
      SACRAMENTO, et al.,
15

16                      Defendants.

17          Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this action brought

18    pursuant to 42 U.S.C. § 1983.  On November 26, 2012, the undersigned directed, among other

19    things, that the first amended complaint proceed against certain defendants, on certain claims,

20    raised by plaintiff in connection with alleged constitutional violations at California State Prison –

21    Sacramento ("CSP-Sac").

22          Plaintiff has now filed a "Motion for Supplemental Briefing FRCP 15(b) & (d)," alleging

23    that plaintiff "is being subjected to unconstitutional conditions here at RJ Donovan."  ECF No. 28

24    at 1.  Plaintiff apparently seeks to amend his complaint to add claims related to his treatment at

25    his current prison.  Id. at 5.  Plaintiff would also like an order directing, among other things: (1)

26    telephonic conferences with a magistrate judge every nine days; (2) certain "medical amenities";

27    (3) return of his legal property, without which he alleges he has missed two deadlines in cases

28    pending in the Central District of California; and (4) a housing assignment away from non-

                                            1

1 | medical gang members.  Id. at 2-4.

2 |   Plaintiff's requests are denied.  As the court has previously informed plaintiff, if he wishes

3 | to litigate claims related to his current incarceration in the Southern District of California he may

4 | file a separate complaint for damages in that district.  ECF No. 10, Order filed June 13, 2013, at 4.

5 | Plaintiff's current prison is not a defendant in this action, nor are any of the officials working at it.

6 | Id. at 3.  This court lacks jurisdiction to issue orders directing the behavior of non-defendants in

7 | another district.  Id.  See also ECF No. 8, Order filed April 26, 2012 denying plaintiff's "Motion

8 | Before Action or Pending Appeal", at 2 (denying plaintiff's request to add additional defendants

9 | based on incidents which occurred after complaint was filed).

10 |   The deadlines previously established by the Court's March 13, 2013 scheduling and

11 | discovery order remain in effect.

12 |   IT IS SO ORDERED.

13 | DATED: June 12, 2013

14 |                 _____

15 |             UNITED STATES MAGISTRATE JUDGE

20 | AC:rb/smit0024.ord

2