UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD L. SMITH, | No. 2:12-cv-0024 AC P |
| Plaintiff, | |
| v. | ORDER |
| CALIFORNIA STATE PRISON SACRAMENTO, et al., | |
| Defendants. | |

    Plaintiff, a state prisoner, proceeds pro se with an amended complaint asserting claims against defendants, who are employees at California State Prison- Sacramento.  Plaintiff is now incarcerated at R.J. Donovan Prison in San Diego.  Plaintiff has filed a motion for ex parte communication, requesting a telephonic interview.  Plaintiff alleges that he is being retaliated against at R.J. Donovan Prison for filing the pending civil action by being denied canteen, envelopes, forms, proper shoes, paper and pen.  Such allegations are unrelated to the pending civil action, and this court does not have jurisdiction over the R.J. Donovan Prison or its employees.  In addition, neither the Federal Rules of Civil Procedure nor the Local Rules of this district provide for a telephonic interview.  For the foregoing reasons, IT IS ORDERED THAT plaintiff's

////

////

////

1  motion for ex parte communication (ECF No. 32) is denied.

2  DATED: September 6, 2013

3  _____
   ALLISON CLAIRE
4  UNITED STATES MAGISTRATE JUDGE

7  AC:ls//smit0024.tele

2